# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER IOSELLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LEXINGTON LAW FIRM, a | ) |
| corporation, and VICTOR LAWRENCE, | ) |
| | ) |
| Defendants. | ) |

03C 0987

JUDGE RONALD GUZMAN

MAGISTRATE JUDGE MASON

## COMPLAINT – CLASS ACTION

### INTRODUCTION

1. Plaintiff brings this action for violation of the Credit Repair Organizations Act, 15 U.S.C. §1679 et seq.

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 15 U.S.C. § 1679g and 28 U.S.C. §1331 and 1337. Venue in this District is proper because defendant transacts business in this District.

### PARTIES

3. Plaintiff is an individual who resides in Chicago, Illinois.

4. Defendant Lexington Law Firm is a Utah corporation with offices at 634 S 400 W, Suite 200, Salt Lake City, Utah 84101.

5. Defendant Victor Lawrence is the principal officer and owner of Lexington Law Firm and responsible for its contracts, policies and practices, including those complained of herein.

6. Defendant Lexington Law Firm is a "credit repair organization" as defined

1

in 15 U.S.C. §1679a(3), in that it uses the Internet and mails to sell, provide, or perform any service, in return for the payment of money or other valuable consideration, for the express or implied purpose of improving consumer's credit record, credit history, or credit rating; or providing advice or assistance to consumers for that purpose.

## FACTS

7. The CROA imposes certain requirements with respect to contracts of a credit repair organization. Under 15 U.S.C. §1679d, a credit repair organization contract must include in writing "the total amount of all payments to be made by the consumer to the credit repair organization or to any other person." Section 1679e requires that "Each contract shall be accompanied by a form, in duplicate, which has the heading 'Notice of Cancellation' and contains in bold face type the following statement:

> **"You may cancel this contract, without any penalty or obligation, at any time before midnight of the 3rd day which begins after the date the contract is signed by you.**
>
> **"To cancel this contract, mail or deliver a signed, dated copy of this cancellation notice, or any other written notice to [ name of credit repair organization ] at [ address of credit repair organization ] before midnight on [ date ]**
>
> **"I hereby cancel this transaction,**
>
> **[ date ]**
>
> **[ purchaser's signature ].".**

8. 15 U.S.C. §1679f provides:

> **(c) Contracts not in compliance. Any contract for services which does not comply with the applicable provisions of this title –**
>
> > **(1) shall be treated as void; and**
> >
> > **(2) may not be enforced by any Federal or State court or any other**

2

person.

9. 15 U.S.C. §1679g provides:

Civil liability

(a) Liability established. Any person who fails to comply with any provision of this title with respect to any other person shall be liable to such person in an amount equal to the sum of the amounts determined under each of the following paragraphs:

>(1) Actual damages. The greater of--

>>(A) the amount of any actual damage sustained by such person as a result of such failure; or

>>(B) any amount paid by the person to the credit repair organization.

>(2) Punitive damages.

>>(A) Individual actions. In the case of any action by an individual, such additional amount as the court may allow.

>>(B) Class actions. In the case of a class action, the sum of--

>>>(i) the aggregate of the amount which the court may allow for each named plaintiff; and

>>>(ii) the aggregate of the amount which the court may allow for each other class member, without regard to any minimum individual recovery.

>(3) Attorneys' fees. In the case of any successful action to enforce any liability under paragraph (1) or (2), the costs of the action, together with reasonable attorneys' fees.

(b) Factors to be considered in awarding punitive damages. In determining the amount of any liability of any credit repair organization under subsection (a)(2), the court shall consider, among other relevant factors--

>(1) the frequency and persistence of noncompliance by the credit repair organization;

    **(2) the nature of the noncompliance;**

    **(3) the extent to which such noncompliance was intentional; and**

    **(4) in the case of any class action, the number of consumers adversely affected.**

10.     During 2002, plaintiff contracted with defendant Lexington Law Firm for credit repair services, via Internet, mail and telephone. The terms on which plaintiff contracted were on an Internet site maintained by Lexington Law Firm, and are reproduced in <u>Exhibit A.</u>

11.     Plaintiff entered into a contract which did not comply with the requirements of the CROA, in that:

    a.     It did not include in writing "the total amount of all payments to be made by the consumer to the credit repair organization or to any other person."

    b.     It was not accompanied by a form, in duplicate, which has the heading 'Notice of Cancellation' and contains in bold face type the following statement:

> **"You may cancel this contract, without any penalty or obligation, at any time before midnight of the 3rd day which begins after the date the contract is signed by you.**
>
> **"To cancel this contract, mail or deliver a signed, dated copy of this cancellation notice, or any other written notice to [ name of credit repair organization ] at [ address of credit repair organization ] before midnight on [ date ]**
>
> **"I hereby cancel this transaction,**
>
> **[ date ]**
>
> **[ purchaser's signature ].".**

12.     Plaintiff paid $110 to Defendant Lexington Law Firm for credit repair services pursuant to such contract. Plaintiff requested his money back, but the request was ignored.

## CLASS ALLEGATIONS

13. This claim is brought on behalf of a class, consisting of all persons who contracted with defendant Lexington Law Firm on or after a date five years prior to the filing of this action.

14. The class is so numerous that joinder of all members is impracticable. There are in excess of 100 class members.

15. There are questions of law and fact common to the class, which questions predominate over any questions affecting only individual class members. The predominant common question is whether defendant Lexington Law Firm's contracts comply with the CROA.

16. Plaintiff's claims are typical of the claims of the class members. All are based on the same legal and factual issues.

17. Plaintiff will fairly and adequately represent the members of the class.

18. Plaintiff has retained counsel experienced in the prosecution of similar claims.

19. A class action is superior for the fair and efficient prosecution of this litigation. Classwide liability is essential to cause defendants to stop the improper conduct. Many class members may be unaware that they have been victims of illegal conduct.

WHEREFORE, plaintiff requests that the Court enter judgment in plaintiff's favor and in favor of the class for:

    a. Appropriate compensatory and punitive damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. Such other or further relief as is appropriate.

_____
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Anne M. Burton
EDELMAN, COMBS & LATTURNER, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiff demands trial by jury.

_____
Daniel A. Edelman

i:\case\lexing9.546\pleading\cmplt.wpd

# EXHIBIT A



LexingtonLaw    PEOPLE    CREDIT    1991

TOLL-FREE (888) 596-4997    **OUR SERVICES**    OUR FIRM    FAQ    SIGN UP



What we do
Our stats
How it works
What you get
What it costs

Our warranty

FAQ

Search: [   ] Ok

( Sign Up )

| Jan - Mar | Apr - Jun |
|---|---|
| 53,727 | 63,711 |
| » | » |

| Jul - Sep | Oct - Dec |
|---|---|
| 67,140 | |
| » | |

Jan - Sep
**184,578**

**Our warranty**

Our service is backed by a warranty which entitles you to some or all of your money back if enough disputed items are not deleted. Put simply, we don't belie you should have to pay for ineffective service. Here's how the warranty works.

After you have been a client for 12 months, if you feel ambivalent about the succo of our service you can request an evaluation of your account. You must send us current credit reports. We will calculate the total value of all successfully deleted and/or improved items and compare that amount to the fees you have paid us. If what you have paid exceeds the value of deleted items we will reimburse you the difference.

To determine the total value of our service we count the number of items we successfully deleted from your credit report and multiply that by $50 per item. Thi does not mean that we will charge $50 in addition to our regular fees. Rather, we use the value of $50 per deleted item to determine if we created spectacular valu for you (or not.)

The warranty is perhaps best communicated by example.

**EXAMPLE 1**

Imagine that after 12 months we have deleted only 2 items from your credit reports. You started 20 negative items, 18 of which remain. Your refund would be computed as follows:

| | |
|---|---|
| Your cost for 12 months: | $460.00 ($75.00 initial + 11 months @ $35.00/ea) |
| Value of services rendered: | $100.00 (2 deletions @ $50.00/ea) |
| Amount you owe: | $0 |
| Amount you get back: | $360.00 |

**EXAMPLE 2**

Now imagine that after 12 months we have successfully removed 18 of the 20 negative items on credit reports. Your refund would be computed as follows:

| | |
|---|---|
| Your cost for 12 months: | $460.00 ($75.00 initial + 11 months @ $35.00/ea) |
| Value of services rendered: | $900.00 (18 deletions @ $50.00/ea) |
| Amount you owe: | $0 |
| Amount you get back: | $0 |

Lexington Credit Repair

While the first example shows results which are lower than our average participa client (i.e., average results yield much better dispute-to-deletion ratios) it is a goo example of how the warranty works. Please note that when our results exceed th warranty amount (and your expectations), you will not owe more money. The warranty evaluation is intended to reassure you that Lexington has a stake in hel you achieve a high level of success.

[ Sign Up ]

Home | Contact | Privacy | Terms of Use
Copyright © 2002 Lexington Law Firm. All rights reserved.



**LexingtonLaw**        PEOPLE    CREDIT    1991

TOLL-FREE (888) 596-4997    OUR SERVICES    OUR FIRM    FAQ    SIGN UP

What we do
Our stats
**How it works**
What you get
What it costs
Our warranty
FAQ

Search: [     ] Ok

[Sign Up]

| Jan – Mar | Apr – Jun |
|---|---|
| 53,727 | 63,711 |

| Jul – Sep | Oct – Dec |
|---|---|
| 67,140 | |

Jan – Sep
**184,578**

### How it works

*"All truth passes through three stages. First, it is ridicule Then it is violently opposed. Finally, it is accepted as be self-evident."*

—Arthur Schopenhauer (1788-1860)

**Truth is stranger than fiction. While the credit bureaus insist it cannot be done, our government is inclined to believe them. And although we've been proving them wrong since 1991 they refuse to accept this truth as being self-evident.**

Don't believe the hype. Lexington credit repair has been alive and kicking for over a decade. In that time we have made great strides in our methodologies, continually refining and redefining our credit repair strategies for optimal performance. Although the details of the process have changed over time, the underlying principle has remained virtually the same. Here are the four essential steps that make up the credit repair process. These steps are repeated until you are satisfied with the results.

**1 Step 1: Forward your credit reports.**
You begin each cycle by forwarding to us copies of your credit reports from all three of the major credit bureaus. Keep in mind that the credit bureaus will only correspond directly with you, not your law firm. Without receiving these updated reports we have no way of knowing which items were removed successfully. Updated reports should be mailed to our office, not faxed or emailed (see the sidebar for more information.)

**2 Step 2: Choose which items to dispute.**
Once your credit reports are received our staff enters the information into our database. Using our online Dispute Valet service you then choose which items to

**Why Lexington needs updated credit report**
Our ability to delete negative items is dependent on having up-to-date credit reports. Without copies of your current credit reports we can d very little to improve yo credit. Sometimes clier forget to forward their c reports. Other times th credit bureaus fail to se updated reports to the client. In either case th credit repair process sl until we receive update credit reports. It is then crucial that you forward updated reports to Lexington as soon as y receive such from the bureaus in order for Lexington to keep your case moving forward.

**Why Lexington requi reports to be mailed.**
While faxing can be a faster way of getting your credit reports to us, it is also much less reliable than mailing them to ou office. Fax machines c vary greatly in quality. such facsimiles are oft illegible due to smears, smudges, or other artif caused by the inferior quality of some machin This makes it particular difficult to read the sm

dispute, and how. Sound complicated? Not to worry. The service comes with an easy-to-use wizard that makes this step a simple matter of pointing and clicking with your mouse.

**Step 3: Lexington works your case.**
3   Lexington begins the dispute process by drawing upon its vast arsenal of credit repair strategies and experience to challenge negative items directly with the credit bureaus. Depending on the number of negative items on your credit reports this step will be repeated for each subsequent loop through the credit repair cycle.

**Step 4: Sit back and relax.**
4   The credit bureaus have 30 days to investigate your dispute. After that, they must inform you of the results of their investigation, update your credit report and send you a copy of the updated report. It usually takes 60 days between the day we send a dispute and you receive an updated report. When you receive a response from a bureau, make a copy of the updated report for your records then send the original to Lexington to move your case forward. Thus the cycle begins anew, this time hopefully with fewer negative items on your credit report.

typeface commonly fou on credit reports, and t delays the credit repair process unnecessarily. avoid these problems which can cause signifi delays we have adopte policy which requires clients to mail the repo us instead. This is the way to guarantee that receive legible and accurate reports from c clients. To expedite the service you may want t consider mailing your reports via overnight or priority mail.

( Sign Up )    ( Next )

Home | Contact | Privacy | Terms of Use
Copyright © 2002 Lexington Law Firm. All rights reserved.

 **LexingtonLaw**       PEOPLE    CREDIT    1991

TOLL-FREE (888) 596-4997  |  OUR SERVICES   OUR FIRM   **FAQ**   SIGN UP

About our firm
About our services
About our costs
About credit reports
About credit

# FAQ  About our services.

How do you restore bad credit?

How do you do this legally?

How long does it take?

What if deleted items reappear?

Do I need to pay my bills?

Does paying my bills restore my credit?

Do I need to see my credit reports first?

Do you guarantee your service?

Can I restore my own credit?

How do debt settlements work?

When can I call my case manager?

How do I get updates on casework?

**Do I need to pay my bills?**

If there are delinquent accounts appearing on your cre[dit]
that have not been paid off, the actual debt behind the l[isting]
remains the same even if we delete the account from y[our]
report. You still owe the same money that you owed in [the first]
place. If you don't pay the debt, the creditor or collectio[n agency]
could always re-report the item. So removing the listing [without]
addressing the debt is only a temporary solution.

The good news is that we can help you settle those deb[ts in a]
very affordable manner.

( Sign Up )

Search [    ] Ok

( Sign Up )

Jan - Mar   Apr - Jun
53,727      63,711
»           »

Jul - Sep   Oct - Dec
67,140      
»

Jan - Sep
184,578

Home | Contact | Privacy | Terms of Use
Copyright © 2002 Lexington Law Firm. All rights reserved.

http://www.lexingtonlaw.com/FAQ.php?PHPSESSID=5e6efde1736e31301358947c00aa9b...    1/5/2003

 LexingtonLaw        PEOPLE      CREDIT     1991

TOLL-FREE (888) 596-4997    | OUR SERVICES    OUR FIRM    **FAQ**    SIGN UP

About our firm
**About our services**
About our costs
About credit reports
About credit

Search: [      ] **Ok**

( Sign Up )

Jan - Mar    Apr - Jun
**53,727**   **63,711**
   »            »

Jul - Sep    Oct - Dec
**67,140**
   »

Jan - Sep
**184,578**

# FAQ ▶ About our services.

How do you restore bad credit?

How do you do this legally?

How long does it take?

What if deleted items reappear?

Do I need to pay my bills?

Does paying my bills restore my credit?

Do I need to see my credit reports first?

Do you guarantee your service?

Can I restore my own credit?

How do debt settlements work?

When can I call my case manager?

How do I get updates on casework?

### How do I get updates on casework?

Credit reports will arrive first at your home and then you forward them to us. So, when we accomplish deletions improvements, you will see them first on your credit rep

Additionally, you are always welcome to call or email yo advocate and request an update of the progress of you

( Sign Up )

Home | Contact | Privacy | Terms of Use
Copyright © 2002 Lexington Law Firm. All rights reserved.

 **LexingtonLaw**    PEOPLE    CREDIT    1991

TOLL-FREE (888) 596-4997  |  OUR SERVICES    OUR FIRM    **FAQ**    SIGN UP

About our firm
**About our services**
About our costs
About credit reports
About credit

Search: [      ] **Ok**

( Sign Up )

| Jan - Mar | Apr - Jun |
|---|---|
| **53,727** | **63,711** |
| » | » |

| Jul - Sep | Oct - Dec |
|---|---|
| **67,140** | |
| » | |

Jan - Sep
**184,578**

# FAQ ▶ About our services.

How do you restore bad credit?

How do you do this legally?

How long does it take?

What if deleted items reappear?

Do I need to pay my bills?

Does paying my bills restore my credit?

Do I need to see my credit reports first?

Do you guarantee your service?

Can I restore my own credit?

How do debt settlements work?

When can I call my case manager?

How do I get updates on casework?

**Does paying my bills restore my credit?**

You would think that would be true. But, again, the cred reporting system just doesn't work that way.

When you pay an old debt, the negative credit listing do disappear. In fact, it re-ages and the seven year clock b again with that negative listing. And, the most ironic thin a paid, current negative listing is not any better than an negative listing. That's not always true, but in most case won't get much further by paying the old debt.

That is, you won't get much further unless you also wor restore your credit at the same time. The good news is can help you settle those debts and save you a lot of m the process.

( Sign Up )

Home | Contact | Privacy | Terms of Use
Copyright © 2002 Lexington Law Firm All rights reserved.


LexingtonLaw

PEOPLE    CREDIT    1991

TOLL-FREE (888) 596-4997

OUR SERVICES    OUR FIRM    FAQ    SIGN UP

What we do
Our stats
How it works
What you get
What it costs
Our warranty
FAQ

Search: [    ] OK

( Sign Up )

| Jan - Mar | Apr - Jun |
| --- | --- |
| 53,727 | 63,711 |
| » | » |

| Jul - Sep | Oct - Dec |
| --- | --- |
| 67,140 | |
| » | |

Jan - Sep
184,578
»

## What we do

# The credit bureaus can't stand us, bill collecto despise us, and our clients love us. We must l doing something right.

Lexington is a law firm specializing in credit repair. We've helped over 80,000 Americans repair their credit by removing inaccurate, misleading, or unverifiable items from their credit reports. From bankruptcies to charge-offs to tax liens, we have challenged virtually every credit problem under the sun.

We're good at what we do because we believe in our work, because we enjoy what we do and we're committed to our clients. And that means we get you results you can count on, results that can literally turn your life around.

Our service is engineered from the ground up with credit repair in mind. As a client you will find that we leverage our entire arsenal of credit repair experience and powerful strategies on your behalf.

No-compromise credit repair is what we offer. The results are nothing short of amazing. But don't just take our word for it — take a look at our statistics. We feel they speak for themselves.

"We're good at what we because we believe in our worl

- Victor Lawrenc
  Directing Attorn

( Sign Up )    ( Next )

Home | Contact | Privacy | Terms of Use
Copyright © 2002 Lexington Law Firm. All rights reserved.



**LexingtonLaw**       PEOPLE    CREDIT    1991

TOLL-FREE (888) 596-4997 | OUR SERVICES   OUR FIRM   **FAQ**   SIGN UP

About our firm
About our services
About our costs
About credit reports
**About credit**

# FAQ ▶ About credit.

Search: [____] **Ok**

( Sign Up )

| Jan - Mar | Apr - Jun |
|-----------|-----------|
| 53,727    | 63,711    |

| Jul - Sep | Oct - Dec |
|-----------|-----------|
| 67,140    |           |

Jan - Sep
**184,578**

- Can bad credit be deleted?
- Can credit repair companies be trusted?
- How much does bad credit cost?
- Does paying off past-due accounts neutralize their negative status?
- Will deleted items just reappear on the credit report?
- Are items such as bankruptcies and foreclosures impossible to remove?
- Should consumers try credit repair on their own?
- Does bankruptcy wipe the slate clean for a second chance?
- Do creditors bother to read the 100-word statement?
- How can changing one's SSN or EIN tax number help credit matters?
- Does enough good credit offset any bad credit?
- Does the CCCS help consumers restore credit

**Does paying off past-due accounts neutralize their negative status?**

It is quite difficult to restore your credit without someho satisfying your outstanding debts. However, the act of off a debt can actually hurt your credit.

Negative credit is allowed to stay on the credit report f maximum of seven years, except for bankruptcy which remain on the credit report for ten years. This seven y begins ticking on "the date of last activity";in other wor the last action took place on the account. By paying ar outstanding, delinquent debt you will change the accor to "paid collection," "paid was late," or "paid was charc which will still stand out as a very negative listing.

Furthermore, you will create a new date of last activity day you settle the account. The seven year clock will r begin all over again. When you have outstanding debt almost always prudent to seek professional help so th; may settle your debts without further damaging your c

( Sign Up )



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS



# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff(s):** CHRISTOPHER IOSELLO

County of Residence: Cook

Plaintiff's Atty: Edelman, Combs & Latturner, LLC
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
(312) 739-4200

**Defendant(s):** LEXINGTON LAW FIRM, a corporation, and VICTOR LAWRENCE

County of Residence:

Defendant's Atty:

**DOCKETED FEB 1 2 2003**

**03C 0987**

II. Basis of Jurisdiction:  **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal
Parties (Diversity Cases Only)
    Plaintiff:- **N/A**
    Defendant:- **N/A**

**JUDGE RONALD GUZMAN**

**MAGISTRATE JUDGE MASON**

IV. Origin :  **1. Original Proceeding**

V. Nature of Suit:  **890 Other Statutory Actions**

VI. Cause of Action:  **15 U.S.C. 1679 and 28 U.S.C. 1331, 1337**

VII. Requested in Complaint
    Class Action: **Yes**
    Dollar Demand:
    Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** _____

**Date:** 2-10-03

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it.
Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size**

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

In the Matter of:

CHRISTOPHER IOSELLO V.

LEXINGTON LAW FIRM, a corporation, and VICTOR LAWRENCE

Case Number: 03C 0987

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR: **PLAINTIFF**

JUDGE RONALD GUZMAN

DOCKETED FEB 1 2 2003

MAGISTRATE JUDGE MASON

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Daniel A. Edelman | NAME Cathleen M. Combs |
| FIRM Edelman, Combs & Latturner, LLC | FIRM Edelman, Combs & Latturner, LLC |
| STREET ADDRESS 120 S. LaSalle Street, 18th | STREET ADDRESS 120 S. LaSalle Street, 18th Floor |
| CITY/STATE/ZIP Chicago, Illinois 60603 | CITY/STATE/ZIP Chicago, Illinois 60603 |
| TELEPHONE NUMBER (312) 739-4200 | TELEPHONE NUMBER (312) 739-4200 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 00712094 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 00472840 |
| MEMBER OF TRIAL BAR? YES X NO ☐ | MEMBER OF TRIAL BAR? YES X NO ☐ |
| TRIAL ATTORNEY? YES X NO ☐ | TRIAL ATTORNEY? YES X NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO X |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME James O. Latturner | NAME Anne M. Burton |
| FIRM Edelman, Combs & Latturner, LLC | FIRM Edelman, Combs & Latturner, LLC |
| STREET ADDRESS 120 S. LaSalle Street, 18th | STREET ADDRESS 120 S. LaSalle Street, 18th floor |
| CITY/STATE/ZIP Chicago, Illinois 60603 | CITY/STATE/ZIP Chicago, IL 60603 |
| TELEPHONE NUMBER (312) 739-4200 | TELEPHONE NUMBER (312) 739-4200 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 01588095 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06242620 |
| MEMBER OF TRIAL BAR? YES X NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO X |
| TRIAL ATTORNEY? YES X NO ☐ | TRIAL ATTORNEY? YES ☐ NO X |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO X | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO X |

# INSTRUCTIONS FOR COMPLETING APPEARANCE FORM

1. General Information

General Rule 3.15 provides that once an attorney has filed an appearance form on behalf of a party, no additional appearances or substitutions may be made without leave of court. The Rule also provides that the attorney may not withdraw without leave of court. Therefore, if more than one attorney is going to represent the party or parties shown on the front of this form, each should complete the attorney appearance section of the form.

This form is designed to permit the filing of appearances by up to four attorneys who represent the same party or parties. If more than four attorneys representing the same party or parties wish to file appearances, additional forms should be used and the letters (A), (B), (C), and (D) indicating the attorneys should be altered to (E), (F), (G), (H), respectively for the fifth through the eighth attorneys, etc.

2. Listing of Parties for Whom the Attorney is Appearing

The names of each of the parties represented by the attorney(s) filing the appearance are to be listed on the lines immediately below the words "Appearances are hereby filed by the undersigned as attorney(s) for:". The type of party, *e.g.*, plaintiff, defendant, third party plaintiff, should follow each party. If all of the parties are of the same type, *e.g.*, all parties represented are plaintiffs, then the type of party can be shown at the end of the listing of parties.

3. Completing Attorney Information

The information requested should be completed for each attorney filing an appearance. Where two or more attorneys are from the same firm, only the first listed from the firm need complete the information for firm name, street address, and city/state/ZIP. The others may indicate "Same as (letter designation of first attorney)."

4. Identification Number

Attorneys who are members of the Illinois bar should enter the identification number issued to them by the Illinois Attorney Registration and Disciplinary Commission (ARDC). Attorneys who are not members of the Illinois bar should leave this item blank.

5. Attorney (A) and Notices

Where more than one attorney is listed on the appearance form, all listed will be entered on the docket of the Clerk, as attorneys of record. However, notices will only be mailed to the attorney shown in box (A) on the form except where local counsel has been designated pursuant to General Rule 3.13 (see below). The attorney is responsible for notifying all other attorneys included on the form of the matter noticed.

Where appearances are filed on behalf of attorneys representing a state or local government, *e.g.*, states attorney, corporation counsel, the persons filing the appearance may wish to list the name of the assistant who is in active charge of the case in box (A) and the appearance of the head of the agency, *e.g.*, attorney general, corporation counsel, or any other assistant assigned to such cases in subsequent boxes. In that way, the assistant in active charge will receive notice.

6. Appearances and Trial Bar Membership

All attorneys filing appearances must indicate whether or not they are members of the trial bar of this Court and whether or not they are the attorney who will try the case in the event that it goes to trial.

In criminal actions, an attorney who is not a member of the trial bar may not file an individual appearance. Pursuant to General Rule 3.10, a member of the trial bar must accompany such attorney and must also file an appearance.

In civil actions, an attorney who is not a member of the trial bar should designate the trial bar attorney who will try the case in the event that it goes to trial. If a trial bar attorney is not listed on the initial appearance and the case goes to trial, a trial bar attorney, pursuant to General Rule 3.15, must obtain leave of court to file an appearance.

7. Designation of Local Counsel

Pursuant to General Rule 3.13, an attorney who does not have an office in this District may appear before this Court "only upon having designated, at the time of filing his/her initial notice or pleading, a member of the bar of this Court having an office within this District upon whom service of papers may be made." No attorney having an office in this District may designate local counsel. No attorney may designate more than one attorney as local counsel. Notices will be mailed by the Clerk's Office to both the attorney shown in box (A) and the attorney designated as local counsel.