**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED

JAN 2 8 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CHRISTOPHER IOSELLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 03 C 0987 |
| v. | ) |
| | ) Judge Ronald A. Guzman |
| LEXINGTON LAW FIRM, a | ) Magistrate Judge Michael T. Mason |
| corporation, and VICTOR LAWRENCE, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING**

DOCKETED

JAN 3 0 2004

**TO:** Angela D. Cook, Esq.
David P. Germaine, Esq.
**DAAR, FISHER, KANARIS & VANEK, P.C.**
200 South Wacker Drive,
33rd Floor
Chicago, IL 60606

Blake S. Atkin, Esq.
Lonn Litchfield, Esq.
**ATKIN & HAWKINS P.C.**
136 South Main Street
Suite 610
Salt Lake City, UT 84101

     **PLEASE TAKE NOTICE** that on January 28, 2004, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CHRISTOPHER IOSELLO SECOND AMENDED COMPLAINT,** a copy of which is attached hereto and thereby served upon you.

_____
Alexander H. Burke

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Alexander H. Burke
EDELMAN, COMBS, LATTURNER, LLC

120 S. LaSalle St., 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Alexander H. Burke, certify that on January 28, 2004, I caused to be sent a copy
of the aforementioned document via U.S. Mail to the parties listed above.

Alexander H. Burke

FILED

JAN 2 8 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CHRISTOPHER IOSELLO,                    )
                                        )
            Plaintiff,                  )
                                        )          03 C 0987
      v.                                )
                                        )          Judge Ronald A. Guzman
VICTOR LAWRENCE, doing business as      )          Magistrate Judge Michael T. Mason
LEXINGTON LAW FIRM,                     )
                                        )
            Defendant.                  )

DOCKETED

JAN 3 0 2004

### SECOND AMENDED COMPLAINT – CLASS ACTION

### INTRODUCTION

1.      Plaintiff brings this action for violation of the Credit Repair Organizations Act, 15 U.S.C. §1679 et seq. ("CROA") and the Illinois Consumer Fraud and Deceptive Business Practices Act 815 ILCS § 505/2 et seq. ("ICFA").

### JURISDICTION AND VENUE

2.      This Court has jurisdiction under 15 U.S.C. § 1679g, 28 U.S.C. §§1331, 1337 and 1367. Venue in this District is proper because defendant transacts business in this District.

### PARTIES

3.      Plaintiff is an individual who resides in Chicago, Illinois.

4.      Defendant Victor Lawrence is the owner and registered agent of Lexington Law Firm, a sole proprietorship with offices at 634 S 400 W, Suite 200, Salt Lake City, Utah 84101.

5.      Lexington Law Firm is a "credit repair organization" as defined in 15 U.S.C. §1679a(3), in that it uses the Internet and mails to sell, provide, or perform any service, in return for

1



the payment of money or other valuable consideration, for the express or implied purpose of improving consumer's credit record, credit history, or credit rating; or providing advice or assistance to consumers for that purpose.

## FACTS

6.     During 2002, plaintiff contracted with Lexington Law Firm for credit repair services, via Internet, mail and telephone. The terms on which plaintiff contracted were on an Internet site maintained by Lexington Law Firm, and are reproduced in Exhibits A and B.

7.     Plaintiff viewed and relied upon representations made by Lexington before entering into the contract and afterwards. Exhibit C is a disclosure.

8.     Plaintiff paid $145 to Lexington Law Firm for credit repair services pursuant to such contract. Plaintiff requested his money back, but the request was ignored until this action was filed.

9.     Defendant's business procedures do not comply with the CROA or the IFCA.

### COUNT I - CROA § 1679a *et seq.*

10.     Plaintiff incorporates paragraphs 1-9 herein.

### INSUFFICIENT AND IMPROPER DISCLOSURES

### Improper Written Disclosure Statement § 1679c

11.     The CROA § 1679c requires a Credit Repair Organization to make a disclosure statement, in statutorily prescribed language which is quoted at 15 U.S.C. § 1679c(a).

12.     The CROA § 1679c(b) requires that this required disclosure statement be a "document which is separate from any written contract or other agreement between the credit repair organization and the consumer or any other written material provided to the consumer."

2

13.     The CROA § 1679c(a) and (b) state:

(a) Disclosure required

"Any credit repair organization shall provide any consumer with the following written statement before any contract or agreement between the consumer and the credit repair organization is executed: "CONSUMER CREDIT FILE RIGHTS UNDER STATE AND FEDERAL LAW

"You have a right to dispute inaccurate information in your credit report by contacting the credit bureau directly. However, neither you nor any 'credit repair' company or credit repair organization has the right to have accurate, current, and verifiable information removed from your credit report. The credit bureau must remove accurate, negative information from your report only if it is over 7 years old. Bankruptcy information can be reported for 10 years.

"You have a right to obtain a copy of your credit report from a credit bureau. You may be charged a reasonable fee. There is no fee, however, if you have been turned down for credit, employment, insurance, or a rental dwelling because of information in your credit report within the preceding 60 days. The credit bureau must provide someone to help you interpret the information in your credit file. You are entitled to receive a free copy of your credit report if you are unemployed and intend to apply for employment in the next 60 days, if you are a recipient of public welfare assistance, or if you have reason to believe that there is inaccurate information in your credit report due to fraud.

"You have a right to sue a credit repair organization that violates the Credit Repair Organization Act. This law prohibits deceptive practices by credit repair organizations.

"You have the right to cancel your contract with any credit repair organization for any reason within 3 business days from the date you signed it.

"Credit bureaus are required to follow reasonable procedures to ensure that the information they report is accurate. However, mistakes may occur.

"You may, on your own, notify a credit bureau in writing that you dispute the accuracy of information in your credit file. The credit bureau must then reinvestigate and modify or remove inaccurate or incomplete information. The credit bureau may not charge any fee for this service. Any pertinent information and copies of all documents you have concerning an error should be given to the credit bureau.

"If the credit bureau's reinvestigation does not resolve the dispute to your satisfaction, you may send a brief statement to the credit bureau, to be kept in your file, explaining why you think the record is inaccurate. The credit bureau must include a summary

3

of your statement about disputed information with any report it issues about you.

"The Federal Trade Commission regulates credit bureaus and credit repair organizations. For more information contact: "THE PUBLIC REFERENCE BRANCH "FEDERAL TRADE COMMISSION "WASHINGTON, D.C. 20580".

(b) Separate statement requirement

The written statement required under this section shall be provided as a document which is separate from any written contract or other agreement between the credit repair organization and the consumer or any other written material provided to the consumer.

14.     Lexington placed a "disclosure statement" in a small website "window" (Exhibit B at L0006 and Exhibit C).

15.     Lexington's disclosure was insufficient under § 1979c because:

a.      At the beginning of the document, it states:

"***LEGALLY REQUIRED DISCLOSURE STATEMENT***

I hereby agree to the above noted payments on the dates which I indicated.

I hereby agree that Lexington Law Firm may charge these amounts in the manner in which I have specified.

I hereby acknowledge that I have read the following disclosure statement:"

(1)     these statements are not legally required, and may not be included in the 1679c statement;

b.      the statement "CONSUMER CREDIT FILE RIGHTS UNDER STATE AND FEDERAL LAW" is not in bold type;

c.      the address of the FTC is not in bold type;

d.      the "***ELECTRONIC SIGNATURE/POWER OF ATTORNEY***" section is not required by § 1679c, and may not be included in the statement;

e.      The "***NOTICE OF CANCELLATION***" section:

4

(1)     is not required by § 1679c, and may not be included in the

statement; and

(2)     contradicts and overshadows the 1679e required notice of right

to cancel;

f.     the "NOTICE OF CANCELLATION" statement is required to be on

a separate document, and may not be included on the 1679c disclosure statement;

g.     the "disclosure" was viewable only if the plaintiff scrolled down;

h.     upon information and belief, was not printable, or viewable more than

a few words at a time; and

i.     the statement was not separate from other written contracts, in fact

there were five other headings on the disclosure. (Exhibit C).

## Contract Cancellation Disclosure 1679d(b)(4)

16.     Section 1679d(b)(4) requires a credit repair organization contract to include

the following (which is quoted in the statute) "conspicuous statement  in bold face type, in

immediate proximity to the space reserved for the consumer's signature on the contract," which

reads:

> **"You may cancel this contract without penalty or obligation at any time before midnight of the 3rd business day after the date on which you signed the contract. See the attached notice of cancellation form for an explanation of this right."** [Emphasis added, but required by § 1679d(b)(4).]

17.     Lexington's statement reads:

> You may cancel this contact without penalty or obligation at any time before midnight of the third (3) business day after the date on which you submit this agreement. To cancel you must send an email to victor@lexingtonlaw.com or call (800) 341-8441 to speak with a client advocate. [Exhibit B at L00002.]

18.    Lexington's "disclosure" is in violation of 15 U.S.C. § 1679d(b)(4) because:

a.    the language "see the attached notice of cancellation form for an explanation of this right" is missing from the disclosure.

b.    calling in order to cancel the contract, as permitted in Lexington's "Notice of Cancellation" is not compliant with the statute. Written notice is required by the statute in order to memorialize the cancellation. This important goal is not effectuated if the clients merely call.

c.    Lexington's "notice of cancellation" is not conspicuous;

d.    Lexington's "notice of cancellation" is not in bold type;

e.    Lexington's "notice of cancellation" is not in immediate proximity to Mr. Iosello's signature. (Exhibit B). In fact, Lexington's "notice of cancellation" and the electronic signature "Submit your Order" button are four web-pages apart; and

f.    Lexington's "notice of cancellation" adds extraneous material that violates the statute, such as a telephone number, and email address, and an instruction to speak with a "client advocate."

### Disclosure of Right to Cancel § 1679e

19.    Section 1679e requires that "Each contract shall be accompanied by a form, in duplicate, which has the heading 'Notice of Cancellation' and contains in bold face type the following statement:"

**"You may cancel this contract, without any penalty or obligation, at any time before midnight of the 3rd day which begins after the date the contract is signed by you.**

**"To cancel this contract, mail or deliver a signed, dated copy of this cancellation**

6

**notice, or any other written notice to [ name of credit repair organization ] at [ address of credit repair organization ] before midnight on [ date ]**

**"I hereby cancel this transaction,**

**[ date ]**

**[ purchaser's signature ]."** [Emphasis added, but required by § 1679e.]

        20.     Lexington's"NOTICE OF CANCELLATION" fails to comply with § 1679e in that:

        a.     it is placed on another document containing several other contract provisions and disclosures;

        b.     there is another "Notice of Cancellation" that is featured more prominently with asterisks around it, thus taking the reader's attention away from it;

        c.     it is not in bold face type;

        d.     it does not give the date by which the Notice of Cancellation must be received;

        e.     its terms are overshadowed and suppressed by Lexington's other Notice of Cancellation in <u>Exhibit B</u> at L0002, which states that cancellations may be called in; and

        f.     although the terms are given twice, this does not comply with the requirement that it be provided to the consumer in duplicate because the user is not instructed to print the notice, or instructed to scroll down to view the entire statement.

<u>**FALSE OR MISLEADING REPRESENTATIONS**</u>

<u>**Misleading Advertising Representations § 1679b(a)(3)**</u>

        21.     The CROA § 1679b(a)(3) makes it illegal to "make or use any untrue or

misleading representation of the services of the credit repair organization."

22.     Lexington's website, contract and disclosures indicate or imply that it writes attorney letters to the credit bureaus on its letterhead and signed by a Lexington attorney.

23.     In fact, Lexington sends letters in its client's names and not on Lexington stationary.

24.     Lexington boasts on the Internet that "credit bureaus can't stand us" (Exhibit A), a statement which leads Lexington's clients and potential clients to believe that Lexington has and does deal with the credit bureaus.

a.     Lexington's contract states that "[Lexington] will send letters to the credit bureaus and/or your creditors on your behalf in order to communicate your dispute." This induces Lexington potential customers into believing that they are hiring a law firm to send letters on its letterhead. (Exhibit B at L00002).

b.     The CROA assumes that credit repair organizations do more than send letters in the names of their customers. For example, § 1679c states that the consumer has "a right to dispute inaccurate information in your credit report by contacting the credit bureau directly." Lexington did not disclose that it was merely doing for Iosello what he had a legal right to do himself.

25.     Lexington mentions signing letters in its customers' names in Exhibit C. However, this disclosure is buried in a website "window", and contradicts Lexington's other representations that its attorneys will be sending letters on Lexington Law Firm letterhead.

26.     Thus, Lexington induced Mr. Iosello and other clients into entering into agreements with it based on untrue and misleading statements.

8

## PAYMENT VIOLATIONS

### Payment in Advance § 1679b(b)

27.     The CROA § 1679b(b) states that "No credit repair organization may charge or receive any money or other valuable consideration for the performance of any service which the credit repair organization has agreed to perform for any consumer before such service is fully performed."

28.     Lexington charges a $75 fee at or about the time a client signs up for its services, and a $35 per month thereafter, regardless whether it has fully performed.

29.     The services Lexington has agreed to perform appears on L0002:

Lexington Law Firm will work to improve your credit by challenging the credit items which you believe to be inaccurate, misleading, or unverifiable. We will use federal law to pursue your right to have all such credit listings deleted from your credit report. Whenever we receive credit reports we will send letters to the credit bureaus and/or your creditors on your behalf in order to communicate your dispute. [Exhibit B at L00002.]

30.     Lexington requires its customers to pay a $75 fee which is collected before any letters are sent to the credit bureaus, and therefore is assessed before full performance. (Exhibit B).

31.     At the time plaintiff's $75 payment was deducted from his credit card, Lexington had not yet fully performed.

32.     Lexington's policy is not to send out more than a certain number of dispute letters at a time. Mr. Iosello wanted to challenge more erroneous entries on his credit report than Lexington would challenge at one time. Lexington sent some letters out in one month and delayed the others for one or two months.

9

33.     Before all of the letters had been sent, and before full performance, Lexington charged Mr. Iosello two $35 monthly fees.

34.     Collection of the signup fee and the retainer fee before full performance constitutes a "payment in advance" in violation of 15 U.S.C. § 1679b(b).  (Exhibit B).

### Disclosure of Total Amount of Payments §1679d(b)(1)

35.     Under 15 U.S.C. §1679d(b)(1), a credit repair organization contract must include in writing "the total amount of all payments to be made by the consumer to the credit repair organization or to any other person."

36.     Lexington discloses only that "The initial signup fee is $75.00.  The monthly retainer fee is $35.00." (Exhibit B at L00002 and Exhibit D).

37.     Thus, the total amount payable over 12 months would be $460 ($75 plus 11 months x $35).  Despite this, in another Lexington contract, Exhibit D at L00055, Lexington lists the cost for 12 months as $420, which is false and misleading.

38.     Nowhere does Lexington list the total amount of all payments, and therefore is in violation of § 1679d(b)b(1).

39.     Additionally, the contract states that the "agreement" shall last for 12 months, but that the "retainer agreement" is of an unpredictable length.

40.     Either this is a violation of the "total amount of payments" rule in 1679d(b)(1), or it is nonsensical and misleading in violation of 1679b(4).

### Estimate of Length of Period to Perform § 1679d(b)(2)(B)

41.     Section 1679d(b)(2)(B) requires credit repair organizations to estimate the necessary period for performance, or the date upon which services will be complete in the contract.

10

42.     Lexington fails to comply with this requirement by stating that the service "may take more or less than twelve months," that the "agreement" lasts 12 months, and that the retainer agreement is of unpredictable duration.  (Exhibit B at L00002 and Exhibit D).

43.     15 U.S.C. §1679g provides:

**Civil liability**

**(a) Liability established.  Any person who fails to comply with any provision of this title with respect to any other person shall be liable to such person in an amount equal to the sum of the amounts determined under each of the following paragraphs:**

    **(1) Actual damages. The greater of--**

        **(A) the amount of any actual damage sustained by such person as a result of such failure; or**

        **(B) any amount paid by the person to the credit repair organization.**

    **(2) Punitive damages.**

        **(A) Individual actions. In the case of any action by an individual, such additional amount as the court may allow.**

        **(B) Class actions. In the case of a class action, the sum of--**

            **(i) the aggregate of the amount which the court may allow for each named plaintiff; and**

            **(ii) the aggregate of the amount which the court may allow for each other class member, without regard to any minimum individual recovery.**

    **(3) Attorneys' fees. In the case of any successful action to enforce any liability under paragraph (1) or (2), the costs of the action, together with reasonable attorneys' fees.**

**(b) Factors to be considered in awarding punitive damages.  In determining the amount of any liability of any credit repair organization under subsection (a)(2),**

11

the court shall consider, among other relevant factors--

> (1) the frequency and persistence of noncompliance by the credit repair organization;
>
> (2) the nature of the noncompliance;
>
> (3) the extent to which such noncompliance was intentional; and
>
> (4) in the case of any class action, the number of consumers adversely affected. (Emphasis added).

44.     15 U.S.C. §1679f provides:

(c) Contracts not in compliance.   Any contract for services which does not comply with the applicable provisions of this title –

> (1) shall be treated as void; and
>
> (2) may not be enforced by any Federal or State court or any other person. (Emphasis added).

## CLASS ALLEGATIONS

45.     This claim is brought on behalf of a class, consisting of all persons who contracted with Lexington Law Firm on or after a date five years prior to the filing of this action.

46.     The violations set forth above were systematic and warrant punitive damages.

47.     The class is so numerous that joinder of all members is impracticable.   There are in excess of 100 class members.

48.     There are questions of law and fact common to the class, which questions predominate over any questions affecting only individual class members. The predominant common question is whether Lexington Law Firm's contracts comply with the CROA.

49.     Plaintiff's claims are typical of the claims of the class members. All are based on the same legal and factual issues.

12

50.  Plaintiff will fairly and adequately represent the members of the class.

51.  Plaintiff has retained counsel experienced in the prosecution of similar claims.

52.  A class action is superior for the fair and efficient prosecution of this litigation. Classwide liability is essential to cause defendant to stop the improper conduct. Many class members may be unaware that they have been victims of illegal conduct.

WHEREFORE, plaintiff requests that the Court enter judgment in plaintiff's favor and in favor of the class for:

a.  Appropriate compensatory and punitive damages;

b.  Attorney's fees, litigation expenses and costs of suit;

c.  Such other or further relief as is appropriate.

## COUNT II - ILLINOIS CONSUMER FRAUD AND DECEPTIVE PRACTICES ACT

53.  Plaintiff incorporates paragraphs 1 through 52.

54.  The actions complained of in Count I were deceptive and unfair.

55.  Defendant's systematic multiplicity of CROA violations are unfair practices.

56.  Defendant concealed, misrepresented and suppressed material facts.

57.  The defendant intended that the plaintiff and class rely on these actions.

58.  The type of business in which Lexington was engaged was commerce and trade.

59.  Plaintiff and class members were damaged by these actions.

### CLASS ALLEGATIONS

60.  This claim is brought on behalf of a class, consisting of all persons with

Illinois addresses who contracted with Lexington Law Firm on or after a date three years prior to the filing of this action.

61.     The class is so numerous that joinder of all members is impracticable. There are in excess of 100 class members.

62.     There are questions of law and fact common to the class, which questions predominate over any questions affecting only individual class members. The predominant common question is whether Lexington Law Firm's actions were deceptive or unfair.

63.     Plaintiff's claims are typical of the claims of the class members. All are based on the same legal and factual issues.

64.     Plaintiff will fairly and adequately represent the members of the class.

65.     Plaintiff has retained counsel experienced in the prosecution of similar claims.

66.     A class action is superior for the fair and efficient prosecution of this litigation. Classwide liability is essential to cause defendant to stop the improper conduct. Many class members may be unaware that they have been victims of illegal conduct.

WHEREFORE, plaintiff requests this Court enter judgment in favor of plaintiff and the members of the class, and against the defendants for the following releif:

    a.     Appropriate damages;

    b.     Attorney's fees, litigation expenses, and costs; and

    c.     Such other relief as the Court deems appropriate.

14

_____
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Alexander H. Burke
EDELMAN, COMBS & LATTURNER, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **JURY DEMAND**

Plaintiff demands trial by jury.

_____
Daniel A. Edelman

i:\case\lexing9.546\pleading\cmplt.wpd

15

# EXHIBIT A

 LexingtonLaw        PEOPLE    CREDIT    1991

TOLL-FREE (888) 596-4997    **OUR SERVICES**    OUR FIRM    FAQ    SIGN UP



What we do
Our stats
How it works
What you get
What it costs
Our warranty
FAQ

Search: [      ]  [ Ok ]

( Sign Up )

Jan - Mar    Apr - Jun
53,727    63,711
»       »

Jul - Sep    Oct - Dec
67,140
»

Jan - Sep
184,578

### Our warranty

Our service is backed by a warranty which entitles you to some or all of your money back if enough disputed items are not deleted. Put simply, we don't belie you should have to pay for ineffective service. Here's how the warranty works.

After you have been a client for 12 months, if you feel ambivalent about the succ of our service you can request an evaluation of your account. You must send us current credit reports. We will calculate the total value of all successfully deleted and/or improved items and compare that amount to the fees you have paid us. If what you have paid exceeds the value of deleted items we will reimburse you the difference.

To determine the total value of our service we count the number of items we successfully deleted from your credit report and multiply that by $50 per item. Thi does not mean that we will charge $50 in addition to our regular fees. Rather, we use the value of $50 per deleted item to determine if we created spectacular valu for you (or not.)

The warranty is perhaps best communicated by example.

#### EXAMPLE 1

Imagine that after 12 months we have deleted only 2 items from your credit reports. You started 20 negative items, 18 of which remain. Your refund would be computed as follows:

| | |
|---|---|
| Your cost for 12 months: | $460.00 ($75.00 initial + 11 months @ $35.00/ea) |
| Value of services rendered: | $100.00 (2 deletions @ $50.00/ea) |
| Amount you owe: | $0 |
| Amount you get back: | $360.00 |

#### EXAMPLE 2

Now imagine that after 12 months we have successfully removed 18 of the 20 negative items on credit reports. Your refund would be computed as follows:

| | |
|---|---|
| Your cost for 12 months: | $460.00 ($75.00 initial + 11 months @ $35.00/ea) |
| Value of services rendered: | $900.00 (18 deletions @ $50.00/ea) |
| Amount you owe: | $0 |
| Amount you get back: | $0 |

JAN. -06' 03 (MON) 09:40    RECORD-A-HIT, INC.    TEL:1 773 282 3000    P. 010
Lexington Credit Repair

While the first example shows results which are lower than our average participa
client (i.e., average results yield much better dispute-to-deletion ratios) it is a goo
example of how the warranty works. Please note that when our results exceed th
warranty amount (and your expectations), you will not owe more money. The
warranty evaluation is intended to reassure you that Lexington has a stake in hel
you achieve a high level of success.

( Sign Up )

Home | Contact | Privacy | Terms of Use
Copyright © 2002 Lexington Law Firm. All rights reserved.



**LexingtonLaw**    PEOPLE    CREDIT    1991

TOLL-FREE (838) 596-4997    **OUR SERVICES**    OUR FIRM    FAQ    SIGN UP

What we do
Our stats
How it works
What you get
What it costs
Our warranty
FAQ

Search: [          ] [ Ok ]

[ Sign Up ]

| Jan - Mar | Apr - Jun |
|-----------|-----------|
| 53,727    | 63,711    |

Jul - Sep   Oct - Dec
67,140

Jan - Sep
184,578

How it works

*"All truth passes through three stages. First, it is ridicule Then it is violently opposed. Finally, it is accepted as be self-evident."*

--Arthur Schopenhauer (1788-1860)

Truth is stranger than fiction. While the credit bureaus insist it cannot be done, our government is inclined to believe them. And although we've been proving them wrong since 1991 they refuse to accept this truth as being self-evident.

Don't believe the hype. Lexington credit repair has been alive and kicking for over a decade. In that time we have made great strides in our methodologies, continually refining and redefining our credit repair strategies for optimal performance. Although the details of the process have changed over time, the underlying principle has remained virtually the same. Here are the four essential steps that make up the credit repair process. These steps are repeated until you are satisfied with the results.

**1**  Step 1: Forward your credit reports.
You begin each cycle by forwarding to us copies of your credit reports from all three of the major credit bureaus. Keep in mind that the credit bureaus will only correspond directly with you, not your law firm. Without receiving these updated reports we have no way of knowing which items were removed successfully. Updated reports should be mailed to our office, not faxed or emailed (see the sidebar for more information.)

**2**  Step 2: Choose which items to dispute.
Once your credit reports are received our staff enters the information into our database. Using our online Dispute Valet service you then choose which items to

Why Lexington needs updated credit report Our ability to delete negative items is dependent on having up-to-date credit reports. Without copies of your current credit reports we can d very little to improve yo credit. Sometimes clien forget to forward their c reports. Other times th credit bureaus fail to se updated reports to the client, in either case th credit repair process sl until we receive update credit reports. It is then crucial that you forward updated reports to Lexington as soon as y receive such from the bureaus in order for Lexington to keep your case moving forward.

Why Lexington requir reports to be mailed. While faxing can be a faster way of getting your credit reports to us, it is also much less reliable than mailing them to o office. Fax machines c vary greatly in quality. such facsimiles are oft illegible due to smears, smudges, or other artif caused by the inferior quality of some machin This makes it particular difficult to read the sme

dispute, and how. Sound complicated? Not to worry. The service comes with an easy-to-use wizard that makes this step a simple matter of pointing and clicking with your mouse.

**3** | Step 3: Lexington works your case. Lexington begins the dispute process by drawing upon its vast arsenal of credit repair strategies and experience to challenge negative items directly with the credit bureaus. Depending on the number of negative items on your credit reports this step will be repeated for each subsequent loop through the credit repair cycle.

**4** | Step 4: Sit back and relax. The credit bureaus have 30 days to investigate your dispute. After that, they must inform you of the results of their investigation, update your credit report and send you a copy of the updated report. It usually takes 60 days between the day we send a dispute and you receive an updated report. When you receive a response from a bureau, make a copy of the updated report for your records then send the original to Lexington to move your case forward. Thus the cycle begins anew, this time hopefully with fewer negative items on your credit report.

typeface commonly fou on credit reports, and th delays the credit repair process unnecessarily. avoid these problems which can cause signifi delays we have adopte policy which requires clients to mail the repor us instead. This is the r way to guarantee that v receive legible and accurate reports from c clients. To expedite the service you may want t consider mailing your reports via overnight or priority mail.

( Sign Up )          ( Next )

Home | Contact | Privacy | Terms of Use
Copyright © 2002 Lexington Law Firm. All rights reserved.

 LexingtonLaw    PEOPLE    CREDIT    1991

TOLL-FREE (888) 596-4997 | OUR SERVICES   OUR FIRM   FAQ   SIGN UP

About our firm
About our services
About our costs
About credit reports
About credit

Search: [        ] [Ok]

( Sign Up )

Jan - Mar   Apr - Jun
53,727   63,711

Jul - Sep   Oct - Dec
67,140

Jan - Sep
184,578

# FAQ ▶ About our services.

How do you restore bad credit?

How do you do this legally?

How long does it take?

What if deleted items reappear?

Do I need to pay my bills?

Does paying my bills restore my credit?

Do I need to see my credit reports first?

Do you guarantee your service?

Can I restore my own credit?

How do debt settlements work?

When can I call my case manager?

How do I get updates on casework?

Do I need to pay my bills?

If there are delinquent accounts appearing on your cred that have not been paid off, the actual debt behind the l remains the same even if we delete the account from y report. You still owe the same money that you owed in place. If you don't pay the debt, the creditor or collectio could always re-report the item. So removing the listing addressing the debt is only a temporary solution.

The good news is that we can help you settle those del very affordable manner.

( Sign Up )

Home | Contact | Privacy | Terms of Use
Copyright © 2002 Lexington Law Firm. All rights reserved.

 LexingtonLaw          PEOPLE      CREDIT     1991

TOLL-FREE (888) 596-4997   |   OUR SERVICES      OUR FIRM   **FAQ**   SIGN UP

About our firm

About our services

About our costs

About credit reports

About credit

# FAQ ▶ About our services.

Search: [          ] [ Ok ]

[ Sign Up ]

How do you restore bad credit?

How do you do this legally?

How long does it take?

What if deleted items reappear?

Do I need to pay my bills?

Does paying my bills restore my credit?

Do I need to see my credit reports first?

Do you guarantee your service?

Can I restore my own credit?

How do debt settlements work?

When can I call my case manager?

How do I get updates on casework?

**How do I get updates on casework?**

Credit reports will arrive first at your home and then you forward them to us. So, when we accomplish deletions improvements, you will see them first on your credit rep

Additionally, you are always welcome to call or email yc advocate and request an update of the progress of you

[ Sign Up ]

Jan - Mar    Apr - Jun
53,727      63,711
    »           »

Jul - Sep    Oct - Dec
67,140
    »

Jan - Sep
184,578

Home | Contact | Privacy | Terms of Use
Copyright © 2002 Lexington Law Firm. All rights reserved.

JAN.-06'03(MON) 09:42       RECORD-A-HIT, INC.       TEL:1 773 282 3000       P. 015
Lexington Credit Repair                                                      Page 1 of 1

 LexingtonLaw        PEOPLE       CREDIT       1991

TOLL-FREE (888) 596-4997   |   OUR SERVICES     OUR FIRM    **FAQ**    SIGN UP

About our firm
About our services
About our costs
About credit reports
About credit

Search: [          ]  [ Ok ]

[ Sign Up ]

Jan - Mar    Apr - Jun
53,727   63,711
          »

Jul - Sep    Oct - Dec
67,140
          »

Jan - Sep
184,578

# FAQ ➤ About our services.

How do you restore bad credit?

How do you do this legally?

How long does it take?

What if deleted items reappear?

Do I need to pay my bills?

Does paying my bills restore my credit?

Do I need to see my credit reports first?

Do you guarantee your service?

Can I restore my own credit?

How do debt settlements work?

When can I call my case manager?

How do I get updates on casework?

**Does paying my bills restore my credit?**

You would think that would be true. But, again, the cred reporting system just doesn't work that way.

When you pay an old debt, the negative credit listing do disappear. In fact, it re-ages and the seven year clock t again with that negative listing. And, the most ironic thin a paid, current negative listing is not any better than an negative listing. That's not always true, but in most case won't get much further by paying the old debt.

That is, you won't get much further unless you also wor restore your credit at the same time. The good news is can help you settle those debts and save you a lot of m the process.

[ Sign Up ]

Home | Contact | Privacy | Terms of Use
Copyright © 2002 Lexington Law Firm  All rights reserved.

 LexingtonLaw

PEOPLE     CREDIT     1991

TOLL-FREE (888) 596-4997

**OUR SERVICES**     OUR FIRM     FAQ     SIGN UP

What we do

Our stats
How it works
What you get
What it costs
Our warranty
FAQ

Search: [ ] [ Ok ]

[ Sign Up ]

Jan – Mar    Apr – Jun
53,727   63,711

Jul – Sep   Oct – Dec
67,140

Jan – Sep
184,578

## What we do

# The credit bureaus can't stand us, bill collecto despise us, and our clients love us. We must l doing something right.

Lexington is a law firm specializing in credit repair. We've helped over 80,000 Americans repair their credit by removing inaccurate, misleading, or unverifiable items from their credit reports. From bankruptcies to charge-offs to tax liens, we have challenged virtually every credit problem under the sun.

We're good at what we do because we believe in our work, because we enjoy what we do and we're committed to our clients. And that means we get you results you can count on. results that can literally turn your life around.

Our service is engineered from the ground up with credit repair in mind. As a client you will find that we leverage our entire arsenal of credit repair experience and powerful strategies on your behalf.

No-compromise credit repair is what we offer. The results are nothing short of amazing. But don't just take our word for it — take a look at our statistics. We feel they speak for themselves.

*"We're good at what we because we believe in our wor*

- Victor Lawrence
Managing Attorn

[ Sign Up ]     [ Next ]

Home | Contact | Privacy | Terms of Use
Copyright © 2002 Lexington Law Firm. All rights reserved.



LexingtonLaw          PEOPLE      CREDIT      1991

TOLL-FREE (888) 596-4997    |    OUR SERVICES    OUR FIRM    FAQ    SIGN UP

About our firm
About our services
About our costs          # FAQ ► About credit.
About credit reports
About credit

Search: [        ]  [ Ok ]

[ Sign Up ]

Jan - Mar    Apr - Jun
53,727      63,711

Jul - Sep    Oct - Dec
67,140

Jan - Sep
184,578

Can bad credit be
deleted?

Can credit repair
companies be trusted?

How much does bad
credit cost?

Does paying off past-due
accounts neutralize their
negative status?

Will deleted items just
reappear on the credit
report?

Are items such as
bankruptcies and
foreclosures impossible
to remove?

Should consumers try
credit repair on their
own?

Does bankruptcy wipe
the slate clean for a
second chance?

Do creditors bother to
read the 100-word
statement?

How can changing one's
SSN or EIN tax number
help credit matters?

Does enough good
credit offset any bad
credit?

Does the CCCS help
consumers restore
credit

**Does paying off past-due accounts neutralize their
negative status?**

It is quite difficult to restore your credit without someho
satisfying your outstanding debts. However, the act of
off a debt can actually hurt your credit.

Negative credit is allowed to stay on the credit report f
maximum of seven years, except for bankruptcy which
remain on the credit report for ten years. This seven y
begins ticking on "the date of last activity"; in other wor
the last action took place on the account. By paying ar
outstanding, delinquent debt you will change the acco
to "paid collection," "paid was late," or "paid was charg
which will still stand out as a very negative listing.

Furthermore, you will create a new date of last activity
day you settle the account. The seven year clock will r
begin all over again. When you have outstanding debt
almost always prudent to seek professional help so th
may settle your debts without further damaging your c

[ Sign Up ]

# EXHIBIT B



# Sign Up

Usually completed in less than 5 minutes, our easy to use signup wizard will step you through the process of gathering the information required to enroll you in our service. Upon signing up a "Welcome to Lexington" letter will be emailed to you as confirmation. The email will contain your account information as well as specific instructions on how to access our client support resources.

**Begin**

If you need assistance signing up
call us toll-free at 888.596.4997
(M-F, 7am-7pm MST)

Home | Contact | Privacy | Terms of Use
Copyright © 2002 Lexington Law Firm. All rights reserved.

L  00001

# Step 1: Retainer Agreement



Please review the agreement below, then click the "Continue" button.
Clicking on a text link pops up a window with additional information.



Agreement ●
Personal Info ○
Payment Prefs ○
Payment Info ○
Submit Order ○

Security Info

## RETAINER AGREEMENT

Lexington Law Firm will work to improve your credit by challenging the credit items which you believe to be **inaccurate, misleading, or unverifiable.** We will use federal law to pursue your right to have all such credit listings deleted from your credit report. Whenever we receive credit reports we will **send letters** to the credit bureaus and/or your creditors on your behalf in order to communicate your dispute.

Deletion of your disputed credit may take more or less than twelve months. Because each case varies we cannot guarantee a specific outcome in your case, nor can we accurately predict the length of the retainer agreement. However, this agreement shall last for twelve months.

We warranty the success of our work by offering some or all of your money back if enough disputed items aren't deleted.

As a client you may correspond with the firm by telephone or email as much as you wish at no additional charge.

The initial signup fee is $75.00. The monthly retainer fee is $35.00.

At the same time you agree to:

  a. Use Lexington Law Firm to dispute negative items which you believe may be inaccurate, misleading, or unverifiable.
  b. **Pay Lexington the initial setup fee of $75.00 within the next fifteen (15) days, and $35.00 each subsequent month for work performed the previous month.**
  c. Use our online **Dispute Valet** service to indicate to us which negative items to dispute, and which dispute strategy to use in the course of challenging those items.
  d. **Forward** to us copies of all correspondence from the credit bureaus.
  e. **Send** your credit reports to us every ninety (90) days.
  f. Inform us of any change of address.
  g. You understand that failure to complete these activities will void the service **warranty.**

### Notice of Cancellation

You may cancel this contract without penalty or obligation at any time before midnight of the third (3) business day after the date on which you submit this agreement. To cancel you must send an email to victor@lexingtonlaw.com or call (800) 341-8441 to speak with a client advocate.



Continue

Copyright © 2002 Lexington Law Firm. All rights reserved.



# Step 2: Personal Information

Lexington values your privacy. Your personal information is strictly confidential and will only be used in conjunction with our service.

**Security Info**

## PERSONAL INFORMATION

Please provide the following information. All fields are required unless noted otherwise. Note that you can sign up one person at a time only.

FIRST NAME
CHRISTOPHER

LAST NAME
IOSELLO

ADDRESS LINE 1
5135 WEST PARKER

ADDRESS LINE 2 (optional)

CITY
CHICAGO

STATE/REGION
Illinois

ZIP CODE
60639 -

EMAIL
CSELO65@CS.COM

DATE OF BIRTH (MM/DD/YYYY)
02 / 08 / 1965

DAYTIME PHONE (including area code)
773 - 282 - 3000 Ext. 14

EVENING PHONE (including area code)
773 - 237 - 0210

**Continue**

Copyright © 2002 Lexington Law Firm. All rights reserved.



**L 00003**

## Step 3: Payment Preferences



Please choose your billing cycle and preferred method of payment.
You will be asked for payment information in the next step.

[ Security Info ]

### INITIAL PAYMENT

You have up to 15 days to pay the initial fee of $75.00. The day you make that initial payment is the day your billing cylce begins. Your subsequent payments of $35.00 per month will be charged automatically that same day in each of the following months.

When would you like to make the first payment?  [ 15 days from today ▼ ]

### PAYMENT METHOD

The payment method you choose will be used to pay the initial fee of $75.00, and all subsequent monthly payments as they become due. No matter which method you choose, we will *never* post unauthorized charges or make unauthorized drafts. Charges will be posted only on the date as dictated by your billing cycle, and only in the amount approved by you.

How would you like to pay for the service?  [ By credit card ▼ ]

[ Continue ]

Copyright © 2002 Lexington Law Firm. All rights reserved.



L   00004

# Step 4: Payment Information



Please provide complete, accurate payment information below.
For your protection all data is encrypted using SSL (Secure Sockets Layer.)    [ Security Info ]

**CREDIT CARD PAYMENT INFO**

It is safe to submit credit card information to us online. We use industry-standard encryption technology to secure your data during transmission. Note that you may use another person's credit card (such as that of a spouse or family member) to pay for the service.

The credit card will be charged 15 days from today.

CARD HOLDER'S NAME (as it appears on card)
| CHRISTOPHER A. IOSEL |

TYPE OF CREDIT CARD
| Mastercard |

CREDIT CARD NUMBER (no spaces)
| 5475841461550032 |

EXPIRATION DATE (MONTH/YEAR)
| 06 |   | 2005 |

**CREDIT CARD BILLING ADDRESS**

**\*\*\* Only required if personal address is different from billing address**

If your personal address (5135 WEST PARKER, CHICAGO, IL 60639) is different from the address where the monthly credit card statements are sent to, or if you are paying with another person's credit card, you must provide the billing address associated with this credit card.

ADDRESS LINE 1
| 4518 WEST IRVING PARK |

ADDRESS LINE 2 (optional)
| ROA |

CITY
| CHICAGO |

STATE/REGION
| Illinois |

ZIP CODE
| 60641 | - |

( Continue )

Copyright © 2002 Lexington Law Firm. All rights reserved.



L  00005

# Step 5: Submit Your Order



Please review your information and submit your order.
Use the "Edit" button to change/correct any information.

( Security Info )

## REVIEW YOUR INFORMATION

| PERSONAL INFORMATION | PAYMENT PREFERENCES | PAYMENT INFORMATION |
|---|---|---|
| NAME: CHRISTOPHER IOSELLO | BILLING CYCLE: | CARD HOLDER: CHRISTOPHER A. IOSEL |
| ADDRESS: 5135 WEST PARKER | Your billing cycle starts 15 days | CARD NUMBER: 5475841461550032 |
| CITY: CHICAGO | from today, at which time you | CARD TYPE: Mastercard |
| STATE: IL | will make your initial payment of | EXPIRATION: 08/2005 |
| ZIP: 60639 | $75.00. Your monthly payment of | ADDRESS: 4518 WEST IRVING |
| HOME: 773-237-0210 | $35.00 will be drafted that same | PARK |
| WORK: 773-282-3000-14 | day each subsequent month. | ROA |
| EMAIL: CSELO65@CS.COM | | CITY: CHICAGO |
| DOB: 02/08/1965 | PAYMENT METHOD: | STATE: IL |
| | You will be using a credit card to | ZIP: 60641 |
| | pay for the initial signup fee, as | |
| | well as your $35.00 monthly | |
| | retainer fees when they become | |
| | due. | |

( Edit )          ( Edit )          ( Edit )

## ELECTRONIC SIGNATURE

By providing your Social Security Number and your mother's maiden name, you electronically sign this power of attorney, agree to pay the retainer payments noted above and give Lexington Law Firm the right to draft the above noted payments.

SOCIAL SECURITY NUMBER (XXX-XX-XXXX)

| 221 | - | 70 | - | 2856 |

MOTHER'S MAIDEN NAME

| Robinson |

## DISCLOSURE STATEMENT

In order to sign up for Lexington's service, you must accept the Terms and Conditions of the Disclosure Statment below. This Disclosure Statement is required by federal law.

*** LEGALLY REQUIRED DISCLOSURE STATEMENT ***

I hereby agree to the above noted payments on the dates which I indicated.

I hereby agree that Lexington Law Firm may charge these amounts in the manner in which I have specified.

I hereby acknowledge that I have read the following disclosure statement:

[✓] I ACCEPT THESE TERMS AND CONDITIONS.

( Submit Your Order )

Copyright © 2002 Lexington Law Firm. All rights reserved.



**L  00006**

# Order received, thank you. 

Please print this page for your records.    ( Security Info )

ORDER #1033770865
CHRISTOPHER IOSELLO
5135 WEST PARKER
CHICAGO, IL 60639
CSELO65@CS.COM

Lexington Law Firm
P.O. Box 510290
Salt Lake City, UT 84151
(800) 341-8441
victor@creditrights.org

October 4, 2002

Dear Christopher Iosello,

Thank you for trusting Lexington Law Firm with your credit. You will receive an email confirmation shortly. Lexington will spend the next few days setting up your case in order to get you started. Once setup is complete we will send you notification via email. That email will include instructions on what to do next.

In the meantime, the single most important step you can take is to send us copies of your credit reports. The sooner we receive your credit reports, the sooner we can go to work for you. You can order all three credit reports online by visiting www.bestcreditreports.com, or you can request separate copies from each of the credit bureaus.

Should you have any questions or concerns please give us a call at (800) 341-8441. We look forward to serving you.

Sincerely,



Victor Lawrence
Directing Attorney
Lexington Law Firm

**Take the Welcome Tour**

Copyright © 2002 Lexington Law Firm. All rights reserved.

**L   00007**

# EXHIBIT C

*Casella* EXHIBIT __/__

FOR I.D. *12-16-03 /AB*

### *** LEGALLY REQUIRED DISCLOSURE STATEMENT ***

I hereby agree to the above noted payments on the dates which I indicated.

I hereby agree that Lexington Law Firm may charge these amounts in the manner in which I have specified.

I hereby acknowledge that I have read the following disclosure statement:

### CONSUMER CREDIT FILE RIGHTS UNDER STATE AND FEDERAL LAW

You have a right to dispute inaccurate information in your credit report by contacting the credit bureau directly. However, neither you nor any credit repair company or credit repair organization has the right to have accurate, current, and verifiable information removed from your credit report. The credit bureau must remove accurate, negative information from your report only if it is over 7 years old. Bankruptcy information can be reported for 10 years.

You have a right to obtain a copy of your credit report from a credit bureau. You may be charged a reasonable fee. There is no fee, however, if you have been turned down for credit, employment, insurance, or a rental dwelling because of information in your credit report within the preceding 60 days. The credit bureau must provide someone to help you interpret the information in your credit file. You are entitled to receive a free copy of your credit report if you are unemployed and intend to apply for employment in the next 60 days, if you are a recipient of public welfare assistance, or if you have reason to believe that there is inaccurate information in your credit report due to fraud.

You have a right to sue a credit repair organization that violates the Credit Repair Organization Act. This law prohibits deceptive practices by credit repair organizations.

You have the right to cancel your contract with any credit repair organization for any reason within 3 business days from the date you signed it.

Credit bureaus are required to follow reasonable procedures to ensure that the information they report is accurate. However, mistakes may occur.

You may, on your own, notify a credit bureau in writing that you dispute the accuracy of information in your credit file. The credit bureau may not charge any fee for this service. Any pertinent information and copies of all documents you have concerning an error should be given to the credit bureau.

If the credit bureau's reinvestigation does not resolve the dispute to your satisfaction, you may send a brief statement to the credit bureau, to be kept in your file, explaining why you think the record is inaccurate. The credit bureau must include a summary of your statement about disputed information with any report it issues about you.

The Federal trade Commission regulates credit bureaus and credit repair organizations. For more information contact:

> The Public Reference Branch
> Federal Trade Commission
> Washington, D.C. 20580

\*\*\* ELECTRONIC SIGNATURE/POWER OF ATTORNEY \*\*\*

Lexington will do its best to restore your good credit. To do so, we need permission from you to write and sign letters to the credit bureaus and creditors in your name. By granting Lexington a power of attorney you give Lexington permission to write letters on your behalf.

Your electronic signature is a Power of Attorney and authorizes us to represent you under the Fair Credit Reporting Act and other laws. You may cancel your electronic authorization by sending the law firm an email notifying us that you retract your electronic authorization. Since we will not be able to represent you without this electronic authorization, canceling it will also close your case.

\*\*\* NOTICE OF CANCELLATION \*\*\*

Lexington Law Firm allows you to cancel this agreement any time you feel you have achieved your desired results. In addition, federal law requires us to provide you with the following Notice of Cancellation form in bold and in duplicate:

NOTICE OF CANCELLATION

YOU MAY CANCEL THIS CONTRACT, WITHOUT ANY PENALTY OR OBLIGATION, AT ANY TIME BEFORE MIDNIGHT OF THE 3RD DAY WHICH BEGINS AFTER THE DATE THE CONTRACT IS SIGNED BY YOU.

TO CANCEL THIS CONTRACT, MAIL OR DELIVER A SIGNED, DATED COPY OF THIS CANCELLATION NOTICE, OR ANY OTHER WRITTEN NOTICE TO LEXINGTON LAW FIRM AT P.O. BOX 1173, SALT LAKE CITY, UT 84110 BEFORE MIDNIGHT ON [ DATE ]

I HEREBY CANCEL THIS TRANSACTION,
[ DATE ]
[ PURCHASER'S SIGNATURE ]

NOTICE OF CANCELLATION

YOU MAY CANCEL THIS CONTRACT, WITHOUT ANY PENALTY OR OBLIGATION, AT ANY TIME BEFORE MIDNIGHT OF THE 3RD DAY WHICH BEGINS AFTER THE DATE THE CONTRACT IS SIGNED BY YOU.

TO CANCEL THIS CONTRACT, MAIL OR DELIVER A SIGNED, DATED COPY OF THIS CANCELLATION NOTICE, OR ANY OTHER WRITTEN NOTICE TO LEXINGTON LAW FIRM AT P.O. BOX 1173, SALT LAKE CITY, UT 84110 BEFORE MIDNIGHT ON [ DATE ]

I HEREBY CANCEL THIS TRANSACTION,
[ DATE ]
[ PURCHASER'S SIGNATURE ]

# EXHIBIT D



# Make your creditors wish they weren't.

## No-compromise credit repair only $35 per month.

By removing negative items from your credit report, you can dramatically improve your credit standing. And that means a **better quality of life**. Because credit doesn't just affect your credit anymore - it affects your way of life.



# Sign up is easy!

Simply choose one of the following options.

① Online!

② Fax It!

③ Mail It!



an authorized affiliate of
**Lexington Law**
We know credit repair.™

L  00051



## WHAT WE DO

# The credit bureaus can't stand us, bill collectors despise us, and our clients love us. We must be doing something right.

Lexington is a law firm specializing in credit repair. We've helped over 80,000 Americans repair their credit by removing inaccurate, misleading, or unverifiable items from their credit reports. From bankruptcies to charge-offs to tax liens, we have challenged virtually every credit problem under the sun.

We're good at what we do because we believe in our work, we enjoy what we do and we're committed to our clients. And that means we get you results you can count on, results that can literally turn your life around.

Our service is engineered from the ground up with credit repair in mind. As a client you will find that we leverage our entire arsenal of credit repair experience and powerful strategies on your behalf.

No-compromise credit repair is what we offer. The results are nothing short of amazing. But don't just take our word for it — take a look at our statistics. We feel they speak for themselves.

L  00052

# Over 200,000 negative deletions last year alone!



## HOW IT WORKS

"All truth passes through three stages. First it is ridiculed. Then it is violently opposed. Finally is it accepted as being self-evident." -Arthur Schopenhauer (1788-1860)

Truth is stranger than fiction. The credit bureaus constantly cry that it cannot be done, and a confused federal government is inclined to believe them. And although we've been proving them wrong since 1991, they refuse to accept this truth as being self-evident.

Don't let them fool you. Our credit repair process has been alive and kicking for over a decade. In that time we have made great strides in our methodologies, continually refining and redefining our credit repair strategies for optimal performance. Although the details of the process have changed over time, the underlying principle has remained virtually the same.

Lexington will provide an attorney directed client advocate to work on your case. Your client advocate is an expert in the credit restoration process and will give you the time and respect you deserve. In fact, you may speak to your client advocate using our toll free number or email as much as you wish at no additional charge. As a Lexington Law client, you are in control of your case.

We make it simple.

1. Forward Your Credit Reports.

2. You will tell us which items to dispute.

3. Lexington works your case.

4. You sit back and relax.

L 00053

During the dispute process, our attorneys will review your case each month, and will send you monthly reports through mail or email. These reports will tell you what work has been performed on your case, what we have disputed and what has been successfully removed.



## WHAT IT COSTS

# $75 initial, $35 per month

In accordance with federal regulation, Lexington charges retroactively for the service it performs. This means you will be billed each month for work performed the previous month.

Your initial payment of $75.00 is due within fifteen days and covers the most expensive portion of your retainer -- your case setup. We complete this step prior to drafting your first payment. Each month thereafter you will receive an itemized invoice for work performed the previous month.

The amount of work will vary from time to time, and you will find that we often perform more work than the $35.00 fee covers (but never less work than that.) Of course, you will not be charged for the additional work. Your monthly retainer fee is fixed at $35.00 and will never exceed that amount.

## Methods of payment.

For your convenience we accept payments by credit card or by automatic draft from your checking or savings account. The payment method you choose will be used to pay your initial fee of $75.00 within the first fifteen days, and for all subsequent monthly payments as they become due.

No matter which method you choose, rest assured we will never post unauthorized charges to your credit card or make unauthorized drafts on your bank account. Charges will be posted only on the dates as dictated by your billing cycle, and only in the amount approved by you.

# L 00054

## HOW LONG DOES IT TAKE?

After credit reports are received, many clients see exhilarating progress within the first 60 days. However, the actual length of time it takes will vary between clients. It is inappropriate for any law firm to promise a particular result within a certain time frame. We can no more do that than we could promise a client that he or she would prevail in a court of law.



## OUR WARRANTY

Our service is backed by a warranty which entitles you to some or all of your money back if enough disputed items are not deleted. We offer this warranty because we don't believe you should have to pay for ineffective service. Here's how the warranty works.

After you have been a client for 12 months, if you feel ambivalent about the success of our service you can request an evaluation of your account. You must send us current credit reports. We will calculate the total value of all successfully deleted and/or improved items and compare that amount to the fees you have paid us. If what you have paid exceeds the value of deleted items we will reimburse you the difference.

To determine the total value of our service we count the number of items we successfully deleted from your credit report and multiply that by $50 per item. This does not mean that we will charge $50 in addition to our regular fees. Rather, we use the value of $50 per deleted item to determine whether the cost of retaining us was justified or not.

The warranty is perhaps best communicated by example.

**EXAMPLE 1**

Imagine that after 12 months we have deleted only 2 items from your current reports. You started with 20 negative items, 18 of which remain. Your refund would be computed as follows:

| | |
|---|---|
| Your cost for 12 months: (12 months @ $35.00/ea) | $420.00 |
| Value of services rendered: (2 deletions @ $50.00/ea) | $100.00 |
| Amount you owe: | $0.00 |
| Amount you get back: | $320.00 |

**EXAMPLE 2**

Now imagine that after 12 months we have successfully removed 18 of the 20 negative items on your credit reports. Your refund would be computed as follows:

| | |
|---|---|
| Your cost for 12 months: (12 months @ $35.00/ea) | $420.00 |
| Value of services rendered: (18 deletions @ $50.00/ea) | $900.00 |
| Amount you owe: | $0.00 |
| Amount you get back: | $0.00 |

While the first example shows results which are lower than our average participating client (i.e., average results yield much better dispute-to-deletion ratios) it is a good example of how the warranty works. Please note that when our results exceed the warranty amount (and your expectations), you will not owe more money. The warranty evaluation is intended to reassure you that Lexington has a stake in helping you achieve a high level of success.

L 00055



## STEP 1: RETAINER AGREEMENT

Lexington Law Firm will work to improve your credit by challenging the credit items which you believe to be inaccurate, misleading, or unverifiable. We will use federal law to pursue your right to have all such credit listings deleted from your credit report. Whenever we receive credit reports we will send letters to the credit bureaus and/or your creditors on your behalf in order to communicate your dispute.

Because each case varies we cannot guarantee a specific outcome nor can we accurately predict how long it will take. Deletion of your disputed credit may take more or less than twelve months. We warranty the success of our work by offering some or all of your money back if enough disputed items are not deleted.

Your initial signup fee is $75.00 and your monthly fee is $35.00 for the service. As a client you may correspond with the Firm by telephone or email as much as you wish at no additional charge.

AT THE SAME TIME YOU AGREE TO:

Use Lexington Law Firm to dispute negative items which you believe may be inaccurate, misleading, or unverifiable.

Pay Lexington the initial setup fee of $75.00 within the next fifteen (15) days, and $35.00 each subsequent month for work performed the previous month. If any payment is declined, you agree to pay a $15 service fee in the same manner you authorize the payment of the monthly fee.

Use our online Dispute Valet service to indicate to us which negative items to dispute, and which dispute strategy to use in the course of challenging those items.

Forward to us copies of all correspondence from the credit bureaus.

Send your credit reports to us every ninety (90) days.

Inform us of any change of address.

You understand that failure to complete these activities will void the warranty.

You understand that you must have a valid email address to signup with Lexington.

You understand that a facsimile or photocopy of this agreement shall be deemed as valid as an original, and may be treated as an original.

NOTICE OF CANCELLATION

Federal law allows you to cancel this agreement without penalty or obligation any time before midnight of the third (3) business day after the date on which you submit this agreement. Lexington Law Firm, on the other hand, goes beyond that and allows you to cancel this agreement any time you feel you have achieved your desired results.

L 00056

## STEP 2:  EMAIL ADDRESS    MUST HAVE A VALID EMAIL ADDRESS TO SIGN UP

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EMAIL ADDRESS

## STEP 3:  PERSONAL INFORMATION

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FIRST NAME                                        LAST NAME

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ADDRESS

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CITY                                        STATE          ZIP

| | | - | | | | - | | | | | | | | | - | | | | | | | | - | | | | | |

DAYTIME PHONE NUMBER                    EVENING PHONE NUMBER

| | | / | | | / | | | | |

DATE OF BIRTH

# L  00057

## STEP 4:  PAYMENT INFORMATION

Your initial payment of $75.00 will be drafted in fifteen days.  The date the initial payment is made will be the day your billing cycle begins.  Your subsequent payments of $35.00 per month will be charged automatically that same day in each of the following months.

This payment method you choose will be used to pay the initial fee of $75.00, and all subsequent monthly payments as they become due.  No matter which method you choose, we will never post unauthorized charges or make unauthorized drafts.  Charges will be posted only on the date as dictated by your billing cycle, and only in the amount approved by you.

How would you like to pay for the service?    ☐ CREDIT CARD    ☐ CHECKING/SAVINGS ACCOUNT

### Paying with a credit card

| | | | | | | | | | | | | | | | | | | | | |      ☐ VISA      ☐ MASTERCARD
                                                ☐ AMEX     ☐ DISCOVER

CARD HOLDER'S NAME                                        TYPE OF CREDIT CARD

| | | | - | | | | - | | | | - | | | | | | | | / | | |

CREDIT CARD NUMBER                                        EXPIRATION DATE

| | | | | | | | | | | | | | | | | | | | | | | |

IF YOUR PERSONAL ADDRESS IS DIFFERENT FROM THE ADDRESS WHERE THE MONTHLY CREDIT CARD STATEMENTS ARE SENT TO, OR IF YOU ARE USING ANOTHER PERSONS CREDIT CARD, YOU MUST PROVIDE THE BILLING ADDRESS ASSOCIATED WITH THIS CREDIT CARD ON THE ABOVE LINE.

### Paying with checking or savings account

TYPE OF BANK:    ☐ BANK        ☐ CREDIT UNION
TYPE OF ACCOUNT:    ☐ CHECKING    ☐ SAVINGS

IF PAYING BY CHECK, INCLUDE A VOIDED CHECK OR DEPOSIT SLIP

| | | | | | | | | | | | | | | - | | | | - | | | |

NAME OF BANK                                        BANK PHONE NUMBER

| | | | | | | | | | | | | | | | | | | | | | |

ROUTING NUMBER (NINE NUMBERS ONLY)                ACCOUNT NUMBER

I acknowledge that I have read and accept all the terms and conditions of the retainer agreement and I agree to pay the retainer payments noted above and give Lexington Law Firm the right to draft the above noted payments.

SIGNED _____    DATE _____

## STEP 5:  LIMITED POWER OF ATTORNEY

I, the undersigned individual listed below hereby grant a limited power of attorney to Lexington Law Firm and all persons in their employ, to have the necessary power and authority to undertake and perform the following acts on my behalf:

To sign my name on all documents written on my behalf for the purposes of disputing inaccurate, erroneous, and obsolete credit information held on my report by consumer credit reporting agencies.

PRINT CLIENT NAME _____  CLIENT SIGNATURE _____  DATE _____

PRINT WITNESS NAME _____  WITNESS SIGNATURE _____  DATE _____

## STEP 6:  LEGALLY REQUIRED DISCLOSURE STATEMENT

I hereby agree to the above noted payments on the dates which I indicated.

I hereby agree that Lexington Law Firm may charge these amounts in the manner in which I have specified.

I hereby acknowledge that I have read the following disclosure statement:

CONSUMER CREDIT FILE RIGHTS UNDER STATE AND FEDERAL LAW

You have a right to dispute inaccurate information in your credit report by contacting the credit bureau directly. However, neither you nor any credit repair company or credit repair organization has the right to have accurate, current, and verifiable information removed from your credit report. The credit bureau must remove accurate, negative information from your report only if it is over 7 years old. Bankruptcy information can be reported for 10 years.

You have a right to obtain a copy of your credit report from a credit bureau. You may be charged a reasonable fee. There is no fee, however, if you have been turned down for credit, employment, insurance, or a rental dwelling because of information in your credit report within the preceding 60 days. The credit bureau must provide someone to help you interpret the information in your credit file. You are entitled to receive a free copy of your credit report if you are unemployed and intend to apply for employment in the next 60 days, if you are a recipient of public welfare assistance, or if you have reason to believe that there is inaccurate information in your credit report due to fraud.

You have a right to sue a credit repair organization that violates the Credit Repair Organization Act. This law prohibits deceptive practices by credit repair organizations.

You have the right to cancel your contract with any credit repair organization for any reason within 3 business days from the date you signed it.

Credit bureaus are required to follow reasonable procedures to ensure that the information they report is accurate. However, mistakes may occur.

You may, on your own, notify a credit bureau in writing that you dispute the accuracy of information in your credit file. The credit bureau may not charge any fee for this service. Any pertinent information and copies of all documents you have concerning an error should be given to the credit bureau.

If the credit bureau's reinvestigation does not resolve the dispute to your satisfaction, you may send a brief statement to the credit bureau, to be kept in your file, explaining why you think the record is inaccurate. The credit bureau must include a summary of your statement about disputed information with any report it issues about you.

The Federal Trade Commission regulates credit bureaus and credit repair organizations. For more information contact: The Public Reference Branch, Federal Trade Commission, Washington, D.C. 20580

I ACCEPT THESE TERMS AND CONDITIONS

SIGNED _____  DATE _____

L  00058